■ THE PEOPLE OF THE STATE OF NEW YORK v. CLAUDE E. SEARCY.— Order of this court entered on July 3, 1962 amended by striking the designation of Martin S. Friedman, Esq., as counsel to prosecute the appeal and by substituting therefor Joseph S. Lobenthal, Esq., of 150 Nassau St., New York, N. Y., as such counsel. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT SAMUEL WHITE. (B) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD KAHIGAS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ENRIGUE WALKER.— [In each action] Motion for adjournment granted and the argument of the appeal is adjourned to the February 1963 Term of this court. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HORTON and LOUIS ALVAREZ.— Motion for adjournment granted and the argument of the appeals is adjourned to the March 1963 Term of this court. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of the PORT AUTHORITY TRANS-HUDSON CORPORATION Relative to Acquiring Title to Real Property in the State of New York and the State of New Jersey for Hudson Tubes Purposes.— Motion for leave to file a brief amicus curiæ, and to participate in any oral argument, and joining the Attorney-General of the State of New Jersey as a party to all further proceedings, including those to be had before this court, in the action for a declaratory judgment, granted in all respects. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

## (January 10, 1963)

■ SOLOMON KIRKWOOD, as Administrator v. MILDRED CHEATHAM.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED WILSON. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT ARMSTRONG. (C) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES REESE. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ. (D) THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD ATKINS. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ. (E) THE PEOPLE OF THE STATE OF NEW YORK v. PAUL KELLY. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ. (F) THE PEOPLE OF THE STATE OF NEW YORK v. MACK JENKINS. (G) THE PEOPLE OF THE STATE OF NEW YORK v. WILLARD R. JAMES. (H) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN MOISE. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED CATINO.— Motion to relieve counsel assigned by this court granted and the order of this court entered on January 23, 1962 is amended by striking the designation of Benjamin R. Kaplan, Esq., as counsel to prosecute the appeal taken by defendant-appellant and by substituting therefor Laurence E. Jacobson, Esq., of 320 Broadway, New York, N. Y., as such counsel. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.